# IN THE SUPREME COURT OF THE STATE OF NEVADA

CAROL ANN STROM,
Appellant,

vs.

EDWARD R. KELLER,
Respondent.

No. 79973

FILED

NOV 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order indicating its inclination to issue an order to show cause to appellant regarding contempt and to grant an evidentiary hearing on respondent's motion to modify custody. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order outlining the district court's inclination to take action. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

[1]Appellant's motions filed November 7, 2019, are denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-48113

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Carol Ann Strom
Edward R. Keller
Eighth District Court Clerk